UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **4140 CANAL STREET, L.L.C** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-8600** |
| **STATE FARM FIRE & CASUALTY, CO.** | **SECTION: "K"(5)** |

**ORDER**

L.R. 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to the Motion to Remand (Rec.Doc.No. 5) set for hearing on January 24, 2007, has been timely submitted.

Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that the motion is **GRANTED** and the case is **REMANDED**.

New Orleans, Louisiana, on this   5th   day of March, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE